MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CHEYENNE JULIAN,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:18-cv-03054-DB<br><br>AMENDED STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    The parties stipulate that, subject to the approval of the Court, this action shall be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

DATE: December 5, 2019

                                    Respectfully submitted,

                                    *s/ James Hunt Miller*
                                    JAMES HUNT MILLER
                                    Attorney for Plaintiff
                                    (as authorized by email)

DATE: December 5, 2019

MCGREGOR W. SCOTT
United States Attorney

By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDRED.[1]

DATED: December 9, 2019  /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the parties' stipulation, the Clerk of the Court shall enter judgment for plaintiff and close this case.