JAMES HUNT MILLER (Cal. #135160)
P.O. Box 10891
OAKLAND CA 94610
Ph: (925) 798-5466
Em: JamesHuntMiller@gmail.com
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL CSBN230138
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheyenne Julian, ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Commissioner of the Social Security ) <br>  Administration, ) <br> ) <br>     Defendant. ) <br> _____ | No. 2:18-cv-3054-DB <br><br> Stipulation and Order <br> for the Award of Attorney Fees <br> Pursuant to the Equal Access to <br> Justice Act, 28 USC 2412 (d) |

      IT IS HEREBY STIPULATED by and between the parties, through their

undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded

STIP & ORDER FOR EAJA FEES & COSTS – JULIAN V. SSA
EDCA 18-3054 DB

attorney fees under the EAJA in the amount of THREE THOUSAND SEVEN HUNDRED dollars ($3,700). This amount represents compensation for all legal Services rendered on behalf of Plaintiff, to date, by counsel in connection with this Civil action, in accordance with 28 U.S.C. section 2412.

After the Court files any order for EAJA fees and expenses to a Plaintiff, Defendant needs to consider the matter of Plaintiff's assignment to Plaintiff's Attorney; under <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010), the ability to honor the Assignment will depend on whether the fees-expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. Defendant's determinations about whether fees are subject to any offset will determine the payee. Generally, fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that the Plaintiff does not owe a federal debt, then Defendant shall cause the payment of fees to be made directly to James Hunt Miller, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation is a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and is not an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or

STIP & ORDER FOR EAJA FEES & COSTS – JULIAN V. SSA
EDCA 18-3054 DB

Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action. But this award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. Section 406, subject to the offset provisions of the EAJA.

RESPECTFULLY SUBMITTED on this 7th day of January 2020.

DATED: January 6, 2020    /s/ James Hunt Miller
                          JAMES HUNT MILLER
                          Attorney for Plaintiff

                          McGREGOR W. SCOTT
                          United States Attorney
DATED: January 7, 2020    /s/ Daniel P. Talbert
                          *(as authorized by email)*
                          Special Assistant United States Attorney
                          Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: January 22, 2020   /s/ DEBORAH BARNES
                          UNITED STATES MAGISTRATE JUDGE